G. Andrew Slater
California State Bar No. 238126
FENNEMORE DOWLING AARON, LLP
8080 North Palm Avenue
Third Floor
Fresno, California 93711
aslater@fennemorelaw.com
Tel: 559.832.4500
Fax: 559.432.4590

*Attorneys for Defendant*
*Signing Day Sports, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BETTERDAYS MEDIA INC, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNING DAY SPORTS, LLC, a Delaware limited liability company, and DOES 1-25,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §§1332(a), 1441 AND 1446**<br><br>(SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY 21STCV30174) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Signing Day Sports, LLC., the sole-named defendant in this action ("Defendant"), hereby invokes this Court's diversity jurisdiction and removes the state court action described herein from the Superior Court of California, Los Angeles County, 21STCV30174 ("State Court Action"), to the United States District Court for the Central District of California, Western Division.

Removal to this Court is proper for the following reasons:

1. **Service of Pleadings**:

    a. <u>Summons and Complaint</u>. On or about August 16, 2021, Plaintiff filed the State Court Action entitled *Betterdays Media Inc. v. Signing Day Sports, LLC*. The Summons and Complaint were personally served on the Defendant's statutory agent on or about August 18, 2021. Copies of the Summons, Complaint and other documents served on Defendant are attached hereto as **Exhibit 1**.

    b. <u>Additional Pleadings</u>: No other process, pleadings, or orders have been served on the Defendant in the State Court Action

2. **Removal is Timely**: Defendant has not pled, answered, or otherwise appeared in the State Court Action. Defendant files this Notice of Removal within thirty (30) days after service of the initial pleading setting forth the claims for relief upon which Plaintiff's State Court Action is based. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1).

3. **Diversity Jurisdiction**: This is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). Plaintiff is a citizen of the State of New York (where it is incorporated) and California (where it has its principal place of business). 28 U.S.C. § 1332(c)(1). **Exhibit 3.** Defendant is a citizen of the State of Delaware (where it is incorporated) and Arizona (where it was originally incorporated and has its principal place of business). Defendant was converted from a limited liability company to a Delaware Corporation following service of the complaint; meaning, after it was served with the State Court Action, it was incorporated as a corporation. **Exhibit 4.** The filing to change corporate status occurred on August 20, 2021, before Defendant received the served State Court Action from its statutory agent. Before becoming a corporation, Defendant's members included Dennis Giles, an Arizona citizen, Dorsey Family Holdings, LLC, an Arizona limited liability company, Josh Donaldson, a Minnesota citizen, Spencer Bayston, an Indiana citizen, Jed Smith, a Texas citizen, Virginia Byrd, an Arizona citizen, Midwestern Interactive, LLC, a Missouri limited liability company, 35's Nextchapters, LLC, a Delaware limited liability company, and Brett Bayston, an Indiana

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

2

NOTICE OF REMOVAL OF CIVIL ACTION
TO U.S. DISTRICT COURT

citizen. The member of Dorsey Family, LLC, is the John J. Dorsey Revocable Trust of 2006, which is an Arizona trust, whose beneficiaries are Arizona citizens. The member of Midwestern Interactive, LLC is Bart Paden, a Missouri citizen. The members of 35's Nextchapters, LLC's member includes Ron Saslow, an Illinois citizen. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). There is complete diversity of jurisdiction between Plaintiff and Defendant.

4. **Amount in Controversy:** The State Court Action alleges damages in the amount of $138,062.97. Complaint ¶10. The amount in controversy satisfies the $75,000 jurisdictional amount required for diversity of jurisdiction. 28 U.S.C. § 1332(a).

5. **Proper Venue and Forum**: This Court is a proper venue and forum for removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the State Court Action in the geographic area of the United States District Court for the Central District of California, Western Division.

6. **Notice to State Court**: In accordance with 28 U.S.C. § 1446(d), the undersigned certifies that concurrently with the filing of this Notice, copies of this Notice are being served on Plaintiff and filed with the Clerk in the State Court Action.

7. **Other Defendants**: Defendant is the only named defendant in the State Court Action. 28 U.S.C. § 1446(b)(2)(A) (only defendants who have been served need join in or consent to removal).

8. **Rule 11 Certification**: This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S.C. § 1446(a).

9. **Docket From The State Court Action**: Attached hereto as **Exhibit 2** is the most recent version of the docket from the State Court Action.

10. **No Waiver**: Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense or affirmative matter including, but not limited to, the defenses of Plaintiff having failed to state a cognizable legal claim, or any other procedural or substantive defense available to Defendant. If Plaintiff seeks to remand this case to the Superior Court of California, Los Angeles

3

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

NOTICE OF REMOVAL OF CIVIL ACTION
TO U.S. DISTRICT COURT

County, of if this Court questions its own jurisdiction, Defendant respectfully requests the opportunity to submit additional arguments and evidence before this Court enters a remand order.

      WHEREFORE, Defendant Signing Day Sports, LLC removes the State Court Action to the United States District Court for the Central District of California.

Dated: September 17, 2021        **FENNEMORE DOWLING AARON, LLP**

                              */s/ G. Andrew Slater*
                            G. Andrew Slater
                            *Attorneys for Signing Day Sports, LLC*

## Verification

I, John Dorsey, am the CEO for Signing Day Sports, Inc. In that capacity I possess personal knowledge of the facts stated herein and declare under penalty of perjury under the laws of the United States that the facts concerning date of service, Signing Day Sports, Inc.'s original corporate structure, when Signing Day Sports, LLC received the served matters, the change in corporate status, and the original membership status of the individual members are true and correct.

Dated: 9-16-21

## CERTIFICATE OF SERVICE

I certify that I am an employee of Fennemore Craig, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §§1332(a), 1441 and 1446 on the parties set forth below by:

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, postage prepaid, following ordinary business practices

_____   Certified Mail, Return Receipt Requested

_____   Via Facsimile (Fax)

_____   Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____   Federal Express (or other overnight delivery)

**XXX**   E-service via CM/ECF

addressed as follows:

Alexander M.P. Perry
Kaelan T. Nielsen
Champion Law Firm
16000 Venture Boulevard
Encino, CA  91436
alex@champlawfirm.com
knielsen@champlawfirm.com
Attorneys for Betterdays Media Inc.

DATED this 17th day of September, 2021.

　　　　　　　　　　　　　　　　　　/s/ Pamela G. Hennings

## INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Summons and Complaint |
| 2 | Los Angeles County Superior Court Case Information for 21STcv30174 |
| 3 | California Secretary of State Statement and Designation by Foreign Corporation filed 88/10/20 by Betterday sMedia Inc. |
| 4 | State of Delaware Certificate of Conversion and Certificate of Incorpolration dated 08/20/21 |

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

7

NOTICE OF REMOVAL OF CIVIL ACTION
TO U.S. DISTRICT COURT